```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34067
   STEPHANIE R KALKA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-8820


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/14/2004 and was confirmed 12/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.67% from remaining funds.

     The case was paid in full 11/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                PAID             PAID
--------------------------------------------------------------------------------
WAMU                    CURRENT MORTG          .00               .00              .00
INTERNAL REVENUE SERVICE PRIORITY           2681.74              .00          2681.74
INTERNAL REVENUE SERVICE UNSECURED           132.93              .00            27.47
INTERNAL REVENUE SERVICE SECURED NOT I      7972.22              .00              .00
INTERNAL REVENUE SERVICE NOTICE ONLY      NOT FILED              .00              .00
ILLINOIS DEPT OF REVENUE PRIORITY            347.21              .00           347.21
CAPITAL ONE BANK        UNSECURED           4845.17              .00          1001.35
ECAST SETTLEMENT CORP   UNSECURED OTH      18758.67              .00          3876.67
RESURGENT ACQUISITION LL UNSECURED         26726.56              .00          5523.58
CITY OF CHGO DEPT OF REV UNSECURED        NOT FILED              .00              .00
CITY OF CHICAGO         NOTICE ONLY       NOT FILED              .00              .00
SPRINT SPECTRUM LP      FILED LATE          1308.40              .00              .00
CITY OF CHICAGO PARKING UNSECURED            730.00              .00           150.87
ILLINOIS DEPT OF REVENUE UNSECURED OTH        91.55              .00            18.92
WASHINGTON MUTUAL HOME L MORTGAGE ARRE       650.00              .00           650.00
INTERNAL REV SVC        NOTICE ONLY       NOT FILED              .00              .00
IRS                     NOTICE ONLY       NOT FILED              .00              .00
MELVIN J KAPLAN         DEBTOR ATTY        2,700.00                           2,700.00
TOM VAUGHN              TRUSTEE                                               1,022.19
DEBTOR REFUND           REFUND                                                1,035.00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             19,035.00

PRIORITY                                     3,028.95
SECURED                                        650.00
UNSECURED                                   10,598.86
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,022.19

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 34067 STEPHANIE R KALKA
```

```
DEBTOR REFUND                                                    1,035.00
                                      ---------------      ---------------
TOTALS                                     19,035.00            19,035.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 02/26/09                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                          PAGE   2
          CASE NO. 04 B 34067 STEPHANIE R KALKA